**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEONARD LLOYD, | Case No. CV 13-6129-JAK (JPR) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| MARTIN BITER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 25, 2014

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE